# EXHIBIT 1

- **CSM approves all surgeon trainings.** Must review Signed Clinical Pathway activities completed
- **Onsite and System Training before lab**
  - Onsite system training
  - Skills drills
    - Docking/Port Placement
    - Camera/Master Clutching
    - Suturing
    - Endowrist/Economy of Motion

- Must have _3 cases on books_ prior to attending training



EXHIBIT 2

Bryan Rose

| | |
|---|---|
| **From:** | Darla Hutton |
| **Sent:** | Thursday, January 26, 2012 9:35 AM |
| **To:** | Carol Heminger; Julia Marquardt; Aaron Dickens; Kim Harbour; David Marante; Ari Robinson; Andrew Orton; Jeff Bruno; Christopher George; Jeff Bray; Michael Pennie; Laura Weyhausen; Ted Larson; Michael Quijano; Eddie Del Toro; Heather Sedmack; Tripp Higgins; Mike Glogower; Victor M. Becklund; Scot Eriksen; Greg Eriksen; Bryan Rose; Alex Merriott; Michael Ellis; Ryan Bridges; Chris Huff; Tom Allen; Patrick Christmas; Christian Ehret |
| **Cc:** | Trey Thomas; Robin Sharp; Chad Zaring; Woody Groves; Bryan Zediker; Brian Solomon; Alex J. Jimenez; Jeff Grant; Scott White; Dan Karl |
| **Subject:** | SOUTH FLORIDA WEEK 4 Update: |

## SOUTH FLORIDA

Team the quarter is now in full swing and Week 4 must be the time to put our PNR plans into action. In Week 3, we saw our momentum begin to return hitting 460 cases for the week. As a team we **need to hit 500+ cases every week** in order to reach our goals and our commitment to the SouthEast.

We need everyone to be executing each and every day on the following Vital Few:

1. <u>HyperFocus on our Training Pipeline/Production</u>- Each CSR needs to train 3 surgeons (2 GYNs and 1 Other). These trainings need to happen by the end of February at the latest so we can hit our case production goals of 30 days 2.0, 60 days 4.0 and 90 day 6.0.

2. <u>Drive the GYN adoption curve</u> in every market by selling pullthru (DVER) and executing on the CPD

3. <u>Improve our Clinical Excellence</u> and Competencies so we can drive multidiscipline accounts that need second systems (and third, fourth, fifth)

The **SOUTH FLORIDA TEAM** has always set the bar of excellence for the US market. We are the **best in GYN**, We are the **best in URO**, We are the **best in Emerging Procedures**!! 2012 will be the year we regain our title as the number 1 team in the country.

Use the **following 3 examples** from your own peers as a **reference of the clinical sales excellence** that will get us there. I want you all to begin sharing your own stories each week with everyone on our South Florida roster. We will do this together and I have no doubt all of you will have similar stories to highlight:

**1. First to Market Single Site**: As of tomorrow, we will have trained 3 sites on our new technology that will drive others to get in the game: **Dr.Kim (Ryan Bridges) at Celebration** (Adventist) has completed 9 cases, **Dr Gonzales (Ted Larson)** (Baptist Health) has completed 6, and **Dr Shasha/Kaza (Andrew Orton)** (HCA) first cases 2/1 and 2/3. Share these stories with every account and proper target in your markets!!

**2. Driving GYN pull thru and MDEs**: In collaboration with Brian Solomon GSR, Dave Marante (covering an CSR open territory): Sold **Dr. Taryn Gallo (Sebastian River) on incorporating dvSC** into her robotic armamentarium.
- Dr. Gallo has a **dvSC case observation** tomorrow with Dr. Davila and she **booked her first two dvSC's on 2/10 with Dr. Hoyte proctoring.**
- She has an additional 3-4 more dvSC patients to schedule.

**3. Growing our Urology franchise**: **Ari Robinson** working with Dr Taub at Imperial Point to drive **DVP awareness in heavily saturated IMRT** territory secured a Hospital Sponsored da Vinci lecture to showcase the value of dvp to 200 + oncologists and primary care physicians through out the community. Dr Taub is also helping **drive Florescence to build a DVPN** practice to match his passion for DVP.

I look forward to seeing us hit our goal of 500+ each week and we will keep everyone updated on Team South Florida's progress! Go drive the curves! Don't forget to share your stories of success.

EXHIBIT 3

**From:** Darla Hutton
**Sent:** Wednesday, June 15, 2011 8:05 AM
**To:** Julia Marquardt
**Cc:** Alex Merriott; Bryan Rose; Marc Bohrer; Michael Lahey; Mike Glogower; David Marante; Aaron
Dickens
**Subject:** Re: Team Call Clinical Pathway Highlights

Thank you Dave and Julia for sharing these best practices. Let's get everyone implementing this
process.. Every time!
Darla

Sent from my iPhone

On Jun 15, 2011, at 7:59 AM, "Julia Marquardt" <Julia.Marquardt@intusurg.com> wrote:

Team,

I want to thank Dave Marante again his time and commitment to develop our
clinical pathway skills. Our goals at the start of the call were:

- Effectively using the CPD
- Tailoring the document to fit surgeons
- Phase 3- reengagement to development
- Selling advanced course
- Initial engagement

Dave's process highlights:

1. Get reports from Marketing liaison to know true volume/accurate targeting
2. Sell clinical benefits first- use data; follow up
3. Attend their current cases to see what works for them
4. Video review; test drive; value proposition
5. Follow up and discuss video review
6. Epi Center visit
7. GYN tech presentation

Other tips include:

Ask for 5 cases on books in advance
"When do you want to start doing daVinci cases"- then ask them to do things
Put time limits on first cases for ALL specialties
Keep process the same; do not deviate
When using simulator CPD; have them text scores
Use resources like "Cost advantage article"

Let's begin to use this process immediately to drive incremental cases.

*Julia Marquardt*

*Intuitive Surgical Inc.*

*Clinical Sales Manager-West Florida*

www.davincisurgery.com

(c) 727-743-6587

(e) julia.marquardt@intusurg.com

"Taking Surgery Beyond the Limits of the Human Hand"

EXHIBIT 4

**From:** Julia Marquardt
**Sent:** Sunday, August 28, 2011 4:59 PM
**To:** Alex Merriott; Bryan Rose; Mike Glogower
**Cc:** Darla Hutton
**Subject:** One on One Call schedule Monday

Team,

During our one on one time/call this week please take a look at your opportunities to drive your cases. We will want to get our arms around how we can drive our busiest surgeons, what is the message, and what impact can we have with our daily activities. We will discuss much of this during our team meeting Monday night. You will all want to take a moment this week to look at the delta reports, surgeon trends, tracker and other tools to analyze your Delta and options/strategies to make a difference.

We posted only 53 known cases next week! We have been averaging 73 in the past 4 weeks. This does not seem right that we have 20 less cases on average this week. Our goal per week is at least 80. I've attached the Regional Tracker. Please call every scheduler office Monday to understand where we have missed. Let's revise our tracker early this week.

This is the moment to "slow down to move faster" in order to _consider resources, time management, talk tracks and activities_ that will change our case volume. Here are a few areas for us to dive deep this week as we look to close the gap with our delta.

## 1) Current Procedure Trend and Delta Management For Rest Q3.

-I would like to review your specific delta management plan for the remaining 24 days in the quarter. Please come prepared with your true delta (Cases in netsuite + known cases already booked subtracted from your Q3 goals). You should use you surgeon trend by account, to start in your planning. Please be prepared to be specific in your plan as to how you are going to make up your delta if your area is underperforming in Q3. (Reports: QPF, Weekly Procedure Summary, Tracker, Surgeon Trend Report)

## 2) Current Training Update

-**Training productivity Review**: What is your current surgical output from those surgeons trained since Q1? Have they met the criteria of proven success (20 cases in 90 days=95% stick rate)? If not, why? What is the plan going forward? We will discuss these every week in detail.

-**Current Q3 training Targets**:  Signed CPD with required cases; Test drives; Case observations;  Training dates;  Estimated number of cases they will do in Q3? When will I meet them?

**3) Weekly Plan Review**.  What significant happened this week in your business?  What do you have upcoming next week?  Are you properly <u>DELTA MANAGING </u> your activities to meet your Q3 personal/professional goals? If it feels like the business is driving you, how can we collaborate to change that?

Look forward to productive calls,


*Julia Marquardt*

*Intuitive Surgical Inc.*

*Clinical Sales Manager-West Florida*

www.davincisurgery.com

(c) 727-743-6587

(e) julia.marquardt@intusurg.com

"Taking Surgery Beyond the Limits of the Human Hand"

# EXHIBIT 5

-----Original Message-----
From: Darla Hutton
Sent: Tuesday, September 06, 2011 9:27 AM
To: Bryan Rose
Subject: RE: Dr. Szoctak

Discuss those dates. If he can book at least 3 cases on the books when he returns we will pay travel and the fee.
Darla


Darla Hutton
Clinical Sales Director
Southeast Region
Intuitive Surgical
813 317 7714
www.davincisurgery.com


-----Original Message-----
From: Bryan Rose
Sent: Tuesday, September 06, 2011 8:51 AM
To: Darla Hutton
Cc: Julia Marquardt
Subject: Dr. Szoctak

Good morning Darla,

Dr. Szoctak mentioned that you discussed attending a case observation/training course for dPN. He asked me to get him dates to see Steifelman. Dates were just released and I like to present them to Dr. S but I'd like to know what has been discussed prior I.e., cost.

Probably better discussed live line.

Thank you, Bryan

Sent from my iPad

# EXHIBIT 6

---------- Forwarded message ----------
From: **Bryan Rose** <Bryan.Rose@intusurg.com>
Date: Thu, Oct 27, 2011 at 1:40 PM
Subject: Follow up from Julia two day field ride Oct 26-27
To: "bryanerose09@gmail.com" <bryanerose09@gmail.com>


Julia continues to push me to what I feel is unethical and border line illegal.

The first conversation on Wed 26th in the afternoon around 4:30 during our end of the day
feedback session she asked me several questions. Several that concerned me.

The first was regarding Dr. Szostak, Dr. Richman and Dr. Klein's agreement to attend the
Advance course in NYC at Langone during the first weekend of Dec. Julia asked me what did I
get from them for us agreeing to pay for them to go to this course. I said what do you mean?
Julia said that we are not going to send people to events and "not get anything in return". "Bryan,
they have to give us procedures or why are we wasting our time sending them. I said that Darla
H. had spoken with them directly about this and they came to the agreement prior to any
conversations that I had with them. Julia said, it doesn't matter who offered it, we can take back
from them and it's that simple. If they don't do cases then we are not going to send then to the
course. Julia gave me a talk track on how to word it to them and I didn't feel comfortable
presenting this so I asked her to clear this with Darla first. She said she would but it would be
fine.

The second issue was with presenting articles to support our sales objectives. We are currently
pushing Endometriosis cases with the robot and we were discussing ways to talk about the data.
Julia referenced a clinical paper by Redwhine that is published for Endometriosis. I said to Julia
that this is good data but we were told not to leave this article behind nor should we send it to a
physician by email or any other form. Julia said, don't worry about it, just send it. It makes sense
she says. I said, my print out clearly states "Do not distribute, essentially for our internal
purposes only. She said that the print on the article that states that is very light in color and they
won't notice it.

This is seems to be an ongoing pattern with Julia. Glaze over the facts and as she said "Make
these surgeons do what we want them to do"

Very concerned and I will not jeopardize my career or my ethics to push these lines.


Bryan Rose
CSR
Intuitive Surgical
cell: 813-758-1731
fax: § 13-839-9520

EXHIBIT 7

**From:** Hasan Ertas
**Sent:** Monday, July 23, 2012 8:47 PM
**To:** Bryan Rose; Ryan Carlson; Darla Hutton
**Subject:** Dr. Marcet invitation to next CR fellows course

Hi Bryan, Ryan and Darla,

Do you see any issues in proceeding to invite Dr. Marcet and his new fellow to Oct 8-9 Colorectal fellowship course?
As long as you can get his commitment for the criteria listed on slide 13 of the attached presentation, we can invite him.
Please let me know if we should proceed.
Thanks
Ps: Dr. Joseph Gallagher and his fellow are already invited via David Marante. However, we are not inviting Dr. Larach's group this time.


Hasan Ertas
Group Marketing Manager | General Surgery | Intuitive Surgical
hasan.ertas@intusurg.com |  650-492-1476 (mobile)


## Ideal Candidates for Future Courses

Attending Surgeon
* *Strong believer in dV technology*
* *Desire to teach robotics to the fellows*
* *Commitment to participate in the course with the fellow*
* *At least 30 past dV case experience*
* *Have access to da Vinci Si and Skills Simulator*
* *Commitment and volume to allow the fellow for 10 bedside and 10 console cases after the course before June 30, 2013*
* *Desire to implement the curriculum created in the pilot courses last year*

Fellow Surgeon
* *Desire to learn robotic surgery*
* *Commitment for online and on-site training*
* *Dedicated to a single hospital, ability to complete the case volumes listed above.*

What's the cost?
* *Mostly funded by ISI (Approx $8,400 ISI, $600 participating surgeon)*

*da Vinci Surgery*

EXHIBIT 8

-----Original Message-----
From: Trey Thomas
Sent: Thursday, July 26, 2012 2:46 PM
To: Hasan Ertas
Cc: Darla Hutton; Bryan Rose; Ryan Carlson; Scott White; Alex J. Jimenez
Subject: Re: Dr. Marcet invitation to next CR fellows course

I spoke briefly with Hassan and explained to him what we are doing with TGH and how we should leverage this event. He said we need to let him know before next Friday. Let's do a PM call for Tgh and discuss this. I can use this in my discussion that I still need to have from the deal rip. I can see him Monday.

Trey Thomas

Area Sales Manager
Intuitive Surgical

Cell: 954-651-3503

On Jul 26, 2012, at 2:17 PM, "Hasan Ertas" <Hasan.Ertas@intusurg.com> wrote:

> Hi Darla,
>
> Let me know if we still need to talk about this one live. The course is filling up quick.
> Thanks
>
> Hasan Ertas
> Group Marketing Manager | General Surgery | Intuitive Surgical
> hasan.ertas@intusurg.com | 650-492-1476 (mobile)
>
>
> -----Original Message-----
> From: Darla Hutton
> Sent: Monday, July 23, 2012 5:48 PM
> To: Hasan Ertas
> Cc: Bryan Rose; Ryan Carlson; Trey Thomas; Scott White
> Subject: Re: Dr. Marcet invitation to next CR fellows course
>
> Yes I think this will be big and we can leverage. I'll call you in the am before you send out.
> Darla
>
> Sent from my iPhone
>
> On Jul 23, 2012, at 8:46 PM, "Hasan Ertas" <Hasan.Ertas@intusurg.com> wrote:
>
>> Hi Bryan, Ryan and Darla,
>>

>> Do you see any issues in proceeding to invite Dr. Marcet and his new fellow to Oct 8-9 Colorectal fellowship course?

>> As long as you can get his commitment for the criteria listed on slide 13 of the attached presentation, we can invite him.

>> Please let me know if we should proceed.

>> Thanks

>> Ps: Dr. Joseph Gallagher and his fellow are already invited via David Marante. However, we are not inviting Dr. Larach's group this time.

>>

>> Hasan Ertas

>> Group Marketing Manager | General Surgery | Intuitive Surgical

>> hasan.ertas@intusurg.com | 650-492-1476 (mobile)

>>

>> <da Vinci Course for CR Fellowships.ppt>

EXHIBIT 9

From: Darla Hutton
Sent: Monday, February 27, 2012 2:25 PM
To: Bryan Rose; Trey Thomas
Cc: Greg Eriksen
Subject: FW: TGH Q1 plan of action

Bryan
You are doing a good job at beginning to challenge these surgeons to pull this program together.
Below is a recap and direction for this week with TGH:
1. Follow up with Marcet from Fellows Program- he admitted that he sees high value in dual console, vessel seal, stapling, simulation and is willing to push administration to get it; he also is running into issues with block time and access with the current volume being done on the current system.
        Next steps: 1. communicate weekly with John Bond on access frustrations; 2. Work directly with him and Hoffman on the Wednesday open block time; 3. send communication about the need directly to Ron Hytoff CEO and Deana     Nelson COO. 4. Have him champion an all surgeon dinner with Dan and I on March 7th or 8th 5. Use him to get the GEN surg depart.

2. Hoffman- use Marcet's trying to get on Wednesday's to get him to fully book cases every week; go to his fellow and leverage this because the fellow is at a disadvantage if she graduates with a minimal amount of cases 3. Use all Surgeon Dinner to reengage Stuart Hart- have him look at single site; although it is not FDA approved for GYN now it will be in the future and he needs to be through a multiport learning curve.
4. Continue to focus on cold calling the big USF GYN groups..do not loose focus that we need to get 2-3 of them to buy into offering it and fighting administration on the Medicaid patient issue.

Call me back by Wednesday about the dinner and lets plan on touching base next week on the GYN plan.
Darla

Darla Hutton
Clinical Sales Director
Southeast Region
Intuitive Surgical
813 317 7714
www.davincisurgery.com<http://www.davincisurgery.com>
http://www.forbes.com/special-features/innovative-companies.html

---

From:    Darla Hutton
Sent:    Friday, February 10, 2012 1:28 PM

To: Bryan Rose
Cc: Trey Thomas; Greg Eriksen
Subject:   TGH Q1 plan of action

Bryan
Below is a summary of our priority target list for TGH this quarter. As we discussed, I will ask Greg to help me hold you accountable to the plan and also ask Trey to step in where needed with the Emerging Procedure targets:

GYN Department:
UROGYN
Hoyte- trained; work on making busier, more cases, better OR efficiencies so he can do more 3-4 in a day
Hart- trained but stalled out; he is a big single site surgeon for his simple cases; tied to Covidien and lap for his pelvic floor; he is high volume and we need to hook him using single site for the future; if he wants to get single site first in GYN he needs to be a leader in multiport BENIGN MIS:
Glazerman- use residents to help drive more volume; work on his block time issues
Wykoff- stay on him about putting on cases and help him improve his technique; at one time he was going to be the DVM champion; has the ability to tap into the African American market Hunt to find 2-3 more GYN targets from the big USF groups that will help you drive the importance of robotics for even Medicaid patients with administration
FERTILITY:
Polsker- trained did a few cases then stopped; could focus on tubal reversals and DVM; need to uncover why he did not continue; you may need to reference sell what other Academic centers are doing in the field
GYO:
Hoffman- trained but dropped off and still opening a ton of patients; need to get him to case observation and push his confidence to book everything


Urology Department:
Helal- trained to do kidney work; stalled out this quarter and never really was "all in"
Bukkaputnam- trained to do kidney work with Helal and DVSC; he is fellowship trained in female urology and has a large volume pelvic floor kit practice; there is much more here
Ordorica- trained and need to increase his DVP volume
Rodriquez- trained and has potential to be the URO champion

General Surgery Department:
Colorectal:
Marcet/Fellows- trained dabbling; use the Fellows course in Feb to leverage for more involvement with robotics;he has the opportunity to be a national Colorectal leader General Surgery:
David Smith-chief- collaborate with Trey to meet with the Department to uncover who would be the right target; with Ross and Rosemurgy leaving there will be a big hole to fill for an MIS surgeon and also for single site if they want to keep the business with USF/TGH

CT Department:

*Sommers- trained champion for DVL; need to help market;collaborate with Trey on specific target markets and get referrals letters out and lunch meetings set up with pulmonology groups*

*Caldera/Sheffield- targets for the future in MVR*

*Follow this target list and the order of priority. I will check in with you weekly to see how we are doing and what resources you may need. Remember, you may not be able to convert these targets with one or twp appts. It will take a consistent frequency with the right messaging that may take us the next 3 months. Focus and be self-led. Challenge yourself to succeed where others have failed in this account!!!*

*Darla*

*Darla Hutton*
*Clinical Sales Director*
*Southeast Region*
*Intuitive Surgical*
*813 317 7714*
*www.davincisurgery.com<http://www.davincisurgery.com>*
*http://www.forbes.com/special-features/innovative-companies.html*

EXHIBIT 10

Bryan Rose
_____

From:        Victor M. Becklund
Sent:        Thursday, January 19, 2012 3:05 PM
To:          Bryan Rose
Subject:     FW: da Vinci Surgeon Locator

Follow-up for you

Victor M. Becklund
Intuitive Surgical, Clinical Sales Representative
(813) 244-8680 CELL
(813) 388-4530 FAX

da Vinci Surgical System
www.davincisurgery.com

From: Victor M. Becklund
Sent: Monday, December 12, 2011 10:43 AM
To: Udaya Kumar
Subject: da Vinci Surgeon Locator

        Udaya,


Congratulations on completing over 20 da Vinci procedures. With this
accomplishment you can be added to the da Vinci surgeon locator site. Our
webpage gets over 2 million hits per year. This is a wonderful and informative
website for your patients and will directly refer any interest parties to you and your
practice. Please complete the fields below so I can submit your information. Again
congratulations.

Surgeon Name: Dr. Udaya Kumar (any titles you want included)

Title:
Website (1) www.
Website (2) [x]
Hospital
(1)


Practice Name:
* Address 1 [x]
* Phone (Direct to someone like your assistant or yourself):

Email:

1

EXHIBIT 11

**From:** Alex J. Jimenez
**Sent:** Monday, June 04, 2012 10:51 AM
**To:** Southeast Region
**Subject:** Single Site training approval process and protocol

Southeast,

As a reminder, the following is the correct process that needs to be followed before a surgeon is booked for Single Site training in Netsuite

**Step 1**

The following information regarding the surgeon is submitted to me:

- Total daVinci Multiport procedures performed to date (Surgeon needs to have completed 10 MP cases within the last three months before SS training approval)
- Total daVinci Multiport procedures performed the last three months
- Total Choles the surgeon performs in their practice per year
- Total Choles the surgeon feels that can perform at the intended hospital
- Percentage of Choles that are emergent
- Percentage of Choles performed on patients that are over 30 BMI
- Business impact of getting the surgeon Single Site trained (drive x amount of incremental cases per quarter, elevating apathetic program, driving a system etc.)
- Does the surgeon have access to an Si and will they have at least one full block day for Robotics.
- Has the hospital committed to purchase a Single Site starter kit, has a quote been sent and P.O. generated?

**Step 2**

Approval by myself, EPD, CSD and AVP required based on the above information

**Step 3**

Once approved CSM, CSM or ASM book the surgeon for Single Site training in Netsuite.

Thanks in advance for your commitment to the process.  Following this protocol will help ensure we train the right surgeons and build sustainable Single Site programs.

Alex Jimenez
Manager, Emerging Procedures - Southeast Region | **Intuitive Surgical** | Mobile 305.807.8156
alexander.jimenez@intusurg.com | www.intuitivesurgical.com | www.davincisurgery.com
"Taking surgery beyond the limits of the human hand"

EXHIBIT 12

| | |
|---|---|
| From: | Bryan Rose |
| To: | laborlaw@lineschfirm.com |
| Cc: | bryanerose09@gmail.com |
| Subject: | Fwd: Visnaws single site |
| Date: | Wednesday, August 15, 2012 2:11:00 PM |

Because the hospital has not agreed to purchase the system, they are telling us to cancel Dr Visnaws training. This is how they try to leverage the hospital into buying the system faster.

Sent from my iPad

Begin forwarded message:

From: "Alex J. Jimenez" <Alexander.Jimenez@intusurg.com<mailto:Alexander.Jimenez@intusurg.com>>
Date: August 15, 2012 11:58:22 AM EDT
To: "Alex J. Jimenez" <Alexander.Jimenez@intusurg.com<mailto:Alexander.Jimenez@intusurg.com>>
Cc: Ryan Carlson <Ryan.Carlson@intusurg.com<mailto:Ryan.Carlson@intusurg.com>>, Bryan Rose
<Bryan.Rose@intusurg.com<mailto:Bryan.Rose@intusurg.com>>
Subject: Re: Visnaws single site

Did you cancel the training?  If not please do so today unless you've received new information from the CEO, thanks.

Alex J. Jimenez
Emerging Procedures Manager
Intuitive Surgical
305-807-8156

Sent from my IPhone

On Aug 14, 2012, at 4:26 PM, "Alex J. Jimenez"
<Alexander.Jimenez@intusurg.com<mailto:Alexander.Jimenez@intusurg.com>> wrote:

Agreed, cancel the training but make sure to keep Dr. Visnaw in the loop, ask him to reach out directly to the CEO, and make sure he understands the importance of continuing his Multiport case series.

Alex J. Jimenez
Emerging Procedures Manager
Intuitive Surgical
305-807-8156

Sent from my IPhone

On Aug 14, 2012, at 3:19 PM, "Ryan Carlson"
<Ryan.Carlson@intusurg.com<mailto:Ryan.Carlson@intusurg.com>> wrote:

I have CDC in Alex and I would say yes.  His training is next Thurs and we have no commitment from Brooksville to purchase.  Since he cannot go somewhere else to do the SS there is no reason to train him.

Alex you agree?
Ryan

Sent from my iPhone

On Aug 14, 2012, at 3:14 PM, "Bryan Rose"
<Bryan.Rose@intusurg.com<mailto:Bryan.Rose@intusurg.com>> wrote:

Ryan, just spoke with Ken and he said everything has been submitted to his CEO and it will be 2 - 4 more weeks before they have an answer.
I told him that we'd have to postpone Visnaws training and he said, if that's what has to be done then do it. . He said he would call me if anything changes but that's all he can base it on at this point .
Do you want me to move forward with canceling Dr Visnaws training?

Sent from my iPhone

EXHIBIT 13

From: Brian Solomon <Brian.Solomon@intusurg.com<mailto:Brian.Solomon@intusurg.com>>
Date: July 20, 2012 11:32:55 AM EDT
To: Alex Merriott <alex.merriott@intusurg.com<mailto:alex.merriott@intusurg.com>>, Amanda Cowan
<Amanda.Cowan@intusurg.com<mailto:Amanda.Cowan@intusurg.com>>, "Bryan K. Lugo"
<bryan.lugo@intusurg.com<mailto:bryan.lugo@intusurg.com>>, Bryan Rose
<Bryan.Rose@intusurg.com<mailto:Bryan.Rose@intusurg.com>>, Chris Huff
<Chris.Huff@intusurg.com<mailto:Chris.Huff@intusurg.com>>, Christian Ehret
<Christian.Ehret@intusurg.com<mailto:Christian.Ehret@intusurg.com>>, Danny Holcomb
<Danny.Holcomb@intusurg.com<mailto:Danny.Holcomb@intusurg.com>>, David Marante
<David.Marante@intusurg.com<mailto:David.Marante@intusurg.com>>, Greg Eriksen
<Greg.Eriksen@intusurg.com<mailto:Greg.Eriksen@intusurg.com>>, Ian Kincaid
<Ian.Kincaid@intusurg.com<mailto:Ian.Kincaid@intusurg.com>>, James Winters
<James.Winters@intusurg.com<mailto:James.Winters@intusurg.com>>, Jason Winkler
<Jason.Winkler@intusurg.com<mailto:Jason.Winkler@intusurg.com>>, Julie Prine
<Julie.Prine@intusurg.com<mailto:Julie.Prine@intusurg.com>>, Laura Salaga
<Laura.Salaga@intusurg.com<mailto:Laura.Salaga@intusurg.com>>, Michael Ellis
<Michael.Ellis@intusurg.com<mailto:Michael.Ellis@intusurg.com>>, Patrick Christmas
<Patrick.Christmas@intusurg.com<mailto:Patrick.Christmas@intusurg.com>>, Ryan Bridges
<Ryan.Bridges@intusurg.com<mailto:Ryan.Bridges@intusurg.com>>, Ryan Carlson
<Ryan.Carlson@intusurg.com<mailto:Ryan.Carlson@intusurg.com>>, Scot Eriksen
<Scot.Eriksen@intusurg.com<mailto:Scot.Eriksen@intusurg.com>>, Scott Loudenback
<Scott.Loudenback@intusurg.com<mailto:Scott.Loudenback@intusurg.com>>, Tom Allen
<Tom.Allen@intusurg.com<mailto:Tom.Allen@intusurg.com>>, Walt Quinn
<walt.quinn@intusurg.com<mailto:walt.quinn@intusurg.com>>
Cc: Darla Hutton <Darla.Hutton@intusurg.com<mailto:Darla.Hutton@intusurg.com>>, Bryan Zediker
<Bryan.Zediker@intusurg.com<mailto:Bryan.Zediker@intusurg.com>>, GSMs - US <GSMs-
US@intusurg.com<mailto:GSMs-US@intusurg.com>>, GSRs - US <GSRs-
US@intusurg.com<mailto:GSRs-US@intusurg.com>>, Marc Bland
<Marc.Bland@intusurg.com<mailto:Marc.Bland@intusurg.com>>, Marty Mitchell
<Marty.Mitchell@intusurg.com<mailto:Marty.Mitchell@intusurg.com>>, Sean Bricker
<Sean.Bricker@intusurg.com<mailto:Sean.Bricker@intusurg.com>>, Michael Pennie
<Mike.Pennie@intusurg.com<mailto:Mike.Pennie@intusurg.com>>
Subject: FW: dVER discussions

Team,

Tom Allen is out delivering on his commitment to build new dvER surgeons…

Here are a couple of addt'l talking points from the two meetings:

Dr. John van Wert

-      After failing birth control pills, he always scopes his patients before putting on Lupron

-      He currently ablates but sees value in resection

-      Admitted he's had patients that he's suspected endo, but saw nothing during the diagnostic lap –
We shared a story about another surgeon who did a lap vs da Vinci comparison and saw 0 lesions lap
and 4 lesions with the da Vinci and providing the patient with an answer for her pain

-      Committed to a dvER case series and introduced us to his scheduler so she can contact us
directly with upcoming cases

-      She has 2 patients that need to be booked for a dvER/diag lap.  We coached her to schedule as
'Resection of Endometriosis' vs Diag Lap.

Dr. Georgine Lamvu

-      She is an AAGL fellowship trained pelvic pain specialist and currently resects endo via straight
stick laparoscopy.

-      Believes that the clear lesions are the newest lesions and the most symptomatic for pain.

-     Stated that most surgeons "miss" much of the disease and admitted that 3DHD vision would provide value in identifying more disease

-     Gained commitment for a 10 case series.  She is going to create her own tracker that includes the color & type of lesions that are detected by da Vinci and not laparoscopy (with plans to publish)

-     We sat down with her scheduler and explained why Dr. Lamvu is doing the 10 case series and helped her identify open spots in the calendar to place the dvER cases.

-     She has a patient to schedule for a dvER/diag lap on Aug 7.  We coached her to schedule as 'resection of endometriosis' vs diag lap.

Thank you Tom for driving the dvER Curve!

Who else has made a dvER impact since the WWSM?

BRIAN SOLOMON
Intuitive Surgical
Gynecology Sales Trainer - Florida
Cell - 407.408.4675
Email - brian.solomon@intusurg.com<mailto:brian.solomon@intusurg.com>

From: Tom Allen
Sent: Thursday, July 19, 2012 1:55 PM
To: Brian Solomon
Subject: dVER discussions

Brian,
I just wanted to follow-up with you from our 2 meetings yesterday with Dr. Van Wert and Dr. Lamvu. Both surgeons are very interested in comparing 2D vision to da Vinci 3D, 10X magnification for identification and treatment of endometriosis.  After discussing their current treatment pathway for patients with pelvic pain, and understanding how they currently use a diagnostic lap for treatment, it was very logical that the more endometriosis you can see….the more they can treat and give patients a better chance for relief of their pain.

As we uncovered, they both have cases coming up that would fit for this case series.  I will follow-up with their schedulers next week to ensure we get them on the books.  I will let you know when they are and you are welcome to attend if you like.

Thanks again for all your help!
Tom Allen
| da Vinci Clinical Sales Representative | Intuitive Surgical, Inc |
| M: 321.696.1042 | Tom.Allen@intusurg.com<mailto:Kari.Nace@intusurg.com> |
Taking Surgery beyond the limits of the human hand
www.davincisurgery.com<http://www.davincisurgery.com>

EXHIBIT 14

**From:** Darla Hutton
**Sent:** Thursday, March 15, 2012 8:46 AM
**To:** Scott White; Brian Catalano; Clay Summerford; David Hill; Jeff Klunke; Roger Comesana; Todd Masson; Daniel Sherwin; Matt Heick; Luke Leonard; Scott Loudenback; David Marante; Julia.Marquardt@intusurg.com; Carol Heminger; Kim Harbour; Bryan Zediker; Alex J. Jimenez; Marty Mitchell; Sean Bricker; Jeff Grant; Millard Callicott; Blake Whitson; Gary Avenel; Matt Evans; Nicholas Authement; Scott Henderson; Dorsey Hardeman; Doug Boyles; Eric Montgomery; John Martin; Kelly Burkhalter; William M. Martin; Andrea Crist; Brad Lee; Jennifer Carter; Theresa Isiminger; Will Roberts; Eric Hanes; Glenn Vandygriff; Jeremy Beavers; Jeremy Higgins; Kurt Haws; Ben Mohrmann; Chris Hyde; Jeremy Heinlein; JT Cullison; Tim Lowe; Anthony Digilormo; Jennifer Harris; Kammie Cook; Michael Bowen; Steve Haik; Josh Hodges; Sally Curtis; Allison ONeal Peek; Mike Lewis; Thomas Stiltner; Tim Moore; Billy Wilford; George Oldham; Michael Moore; Ryan Winn; Scott Sanderson; Alex Merriott; Bryan Rose; Greg Eriksen; Michael Ellis; Andrew Orton; Ari Robinson; Christopher George; Jeff Bray; Jeff Bruno; Michael Pennie; Chris Huff; Christian Ehret; Patrick Christmas; Ryan Bridges; Tom Allen; Heather Sedmack; Mike Glogower; Tripp Higgins; Victor M. Becklund; Laura Weyhausen; Michael Quijano; Ted Larson; Branden Henderson; Chad Morgan; Jason Irvin; John Allred; Leeann Fields; Paul Hardin; Cindy Beatty; John Duggan; Jonathan Runyan; Scott Cornelius; Tripp Eaves; Brooke Bass; Katy Lyall; Todd Finch; Tony Seabolt; Bryan K. Lugo; Ian Kincaid; James Winters; Rob Kade; Julie Prine; Taylor Patton; Robin Sharp; Stephen Robinson; Scot Eriksen; Dan Karl; Woody Groves; Chad Zaring; Trey Thomas; Mark Plunkett; Aaron Dickens; Marc Bland; Andy Sale
**Subject:** FW: dvER Case Series Success +1

READ THIS BELOW.. 2 success stories that everyone should be copying today!


Darla Hutton
Clinical Sales Director
Southeast Region
Intuitive Surgical
813 317 7714
www.davincisurgery.com
http://www.forbes.com/special-features/innovative-companies.html


---

**From:** David Marante
**Sent:** Thursday, March 15, 2012 8:06 AM
**To:** Tom Allen; Brian Solomon
**Cc:** Darla Hutton
**Subject:** RE: dvER Case Series Success +1

Great team work guys!

**From:** Tom Allen
**Sent:** Wednesday, March 14, 2012 3:45 PM
**To:** Brian Solomon
**Cc:** David Marante; Darla Hutton
**Subject:** RE: dvER Case Series Success +1

Brian,
Thanks for all your help and advice over the last 2 days!


## Tom Allen

da Vinci Clinical Sales Representative    Intuitive Surgical, Inc
M: 321.696.1042    Tom.Allen@intusurg.com

*Taking Surgery beyond the limits of the human hand*
www.davincisurgery.com


**From:** Brian Solomon
**Sent:** Wednesday, March 14, 2012 2:55 PM
**To:** Eddie Del Toro; Darla Hutton
**Cc:** Scott White; Brian Catalano; Clay Summerford; David Hill; Jeff Klunke; Roger Comesana; Todd
Masson; Daniel Sherwin; Matt Heick; Luke Leonard; Scott Loudenback; David Marante; Julia Marquardt;
Carol Heminger; Kim Harbour; Bryan Zediker; Alex J. Jimenez; Marty Mitchell; Sean Bricker; Jeff Grant;
Millard Callicott; Blake Whitson; Gary Avenel; Matt Evans; Nicholas Authement; Scott Henderson; Dorsey
Hardeman; Doug Boyles; Eric Montgomery; John Martin; Kelly Burkhalter; William M. Martin; Andrea
Crist; Brad Lee; Jennifer Carter; Theresa Isiminger; Will Roberts; Eric Hanes; Glenn Vandygriff; Jeremy
Beavers; Jeremy Higgins; Kurt Haws; Ben Mohrmann; Chris Hyde; Jeremy Heinlein; JT Cullison; Tim
Lowe; Anthony Digilormo; Jennifer Harris; Kammie Cook; Michael Bowen; Steve Haik; Josh Hodges; Sally
Curtis; Allison ONeal Peek; Mike Lewis; Thomas Stiltner; Tim Moore; Billy Wilford; George Oldham;
Michael Moore; Ryan Winn; Scott Sanderson; Alex Merriott; Bryan Rose; Greg Eriksen; Michael Ellis;
Andrew Orton; Ari Robinson; Christopher George; Jeff Bray; Jeff Bruno; Michael Pennie; Chris Huff;
Christian Ehret; Patrick Christmas; Ryan Bridges; Tom Allen; Heather Sedmack; Mike Glogower; Tripp
Higgins; Victor M. Becklund; Laura Weyhausen; Michael Quijano; Ted Larson; Branden Henderson; Chad
Morgan; Jason Irvin; John Allred; Leeann Fields; Paul Hardin; Cindy Beatty; John Duggan; Jonathan
Runyan; Scott Cornelius; Tripp Eaves; Brooke Bass; Katy Lyall; Todd Finch; Tony Seabolt; Bryan K. Lugo;
Ian Kincaid; James Winters; Rob Kade; Julie Prine; Taylor Patton; Robin Sharp; Stephen Robinson; Scot
Eriksen; Dan Karl; Woody Groves; Chad Zaring; Trey Thomas; Mark Plunkett; Aaron Dickens; Marc Bland;
Andy Sale
**Subject:** dvER Case Series Success +1

Team,

I wanted to share a quick dvER success that Tom Allen (CSR/Orlando) & I had today...

Surgeon: Dr. Ivan Orrego (robotically trained, 46 dV cases since Feb '10)
Where:  Unscheduled meeting in his Office
Meeting Intent: Delta Management - find opportunities to convert cases to dV or pull cases into
March
End Result: 10 case dvER series commitment & first diagnostic lap converted to da Vinci this Friday
3/16

How:
- o We Initiated a conversation around Pelvic Pain and his treatment philosophy (gained an understanding of when medical vs. surgical & ablation vs. resection)
- o We Presented dvER anecdotal experiences & outcomes from his colleagues
- o His Voiced Objection – Overkill for Robot
- o His Real Objection – The hospital would come down on him for using the robot for diagnostic laps.
- o We Addressed his objection by addressing robotic profitability for the hospital & coaching him to book the procedures as "Resection of Endometriosis/Lysis of Adhesions"
- o We asked him if he would be interested in conducting a 10 case trial comparing lap vs. robotic endo identification
- o He said yes and converted a straight stick diagnostic lap to da Vinci on the spot for this Friday.
- o We committed clinical support for all his dvER cases to track his endo lesions using the dvER tracker.

Good luck to everyone as you drive to the finish!

Best regards,
Brian

_____

**BRIAN SOLOMON**
INTUITIVE SURGICAL - GSR/FLORIDA
MOBILE: 407.408.4675
EMAIL: brian.solomon@intusurg.com

**From:** Eddie Del Toro
**Sent:** Tuesday, March 13, 2012 10:16 AM
**To:** Darla Hutton
**Cc:** Scott White; Brian Catalano; Clay Summerford; David Hill; Jeff Klunke; Roger Comesana; Todd Masson; Daniel Sherwin; Matt Heick; Luke Leonard; Scott Loudenback; David Marante; Julia Marquardt; Carol Heminger; Kim Harbour; Bryan Zediker; Alex J. Jimenez; Marty Mitchell; Brian Solomon; Sean Bricker; Jeff Grant; Millard Callicott; Blake Whitson; Gary Avenel; Matt Evans; Nicholas Authement; Scott Henderson; Dorsey Hardeman; Doug Boyles; Eric Montgomery; John Martin; Kelly Burkhalter; William M. Martin; Andrea Crist; Brad Lee; Jennifer Carter; Theresa Isiminger; Will Roberts; Eric Hanes; Glenn Vandygriff; Jeremy Beavers; Jeremy Higgins; Kurt Haws; Ben Mohrmann; Chris Hyde; Jeremy Heinlein; JT Cullison; Tim Lowe; Anthony Digilormo; Jennifer Harris; Kammie Cook; Michael Bowen; Steve Haik; Josh Hodges; Sally Curtis; Allison ONeal Peek; Mike Lewis; Thomas Stiltner; Tim Moore; Billy Wilford; George Oldham; Michael Moore; Ryan Winn; Scott Sanderson; Alex Merriott; Bryan Rose; Greg Eriksen; Michael Ellis; Andrew Orton; Ari Robinson; Christopher George; Jeff Bray; Jeff Bruno; Michael Pennie; Chris Huff; Christian Ehret; Patrick Christmas; Ryan Bridges; Tom Allen; Heather Sedmack; Mike Glogower; Tripp Higgins; Victor M. Becklund; Laura Weyhausen; Michael Quijano; Ted Larson; Branden Henderson; Chad Morgan; Jason Irvin; John Allred; Leeann Fields; Paul Hardin; Cindy Beatty; John Duggan; Jonathan Runyan; Scott Cornelius; Tripp Eaves; Brooke Bass; Katy Lyall; Todd Finch; Tony Seabolt; Bryan K. Lugo; Ian Kincaid; James Winters; Rob Kade; Julie Prine; Taylor Patton; Robin Sharp; Stephen Robinson; Scot Eriksen; Dan Karl; Woody Groves; Chad Zaring; Trey Thomas; Mark Plunkett; Aaron Dickens; Marc Bland; Andy Sale
**Subject:** Re: 3X5 Results for dVHEAT

Hello team. Going into this spring break week, I am sure we are all pushing hard to convert and add Gyn cases and avoid a slowdown. Have a quick success to share and forgive me if it is repetitive. I have a pretty new account in Miami that up to a few weeks ago only had their one robotic team. In the last month, I trained a second team so that surgeons would feel comfortable adding cases late in the day. In my previous messages I spoke to the importance of keeping our Gyn Oncologists informed of open robot times. Today, one of my Gyn Oncs, Dr Luis Mendez, put two late cases on as Lap and vaginal. I asked him why two cases were robotic and the others were scheduled otherwise. Especially since the two non-robotic cases were a simple hyst and BSO. He wasn't aware that they could accommodate him, since the OR director asked him a couple months ago, to try not to book his cases too late. She felt it would be hard on the team. I explained that I trained the second team to be just as skilled as the first team. He then went to control desk and converted the third case to robotic and is converting fourth case now. Helping oncologists treat their patients with the daVinci system is not only important, but it is our duty. I just feel that this week is crucial since we only have a couple of weeks left. Good luck to everyone.

Thanks

Eddie Del Toro
Intuitive Surgical
Miami, Florida
Cell: 305-772-0550
www.daVincisurgery.com
www.daVincistories.com
www.daVincihysterectomy.com
"Taking surgery beyond the limits of the human hand"

Sent from my iPad

On Feb 27, 2012, at 1:17 PM, "Darla Hutton" <Darla.Hutton@intusurg.com> wrote:

Southeast!
This is excellent example of the **impact the 3x5 and DVER PPP** is having for an individual team. **DvHeat and GSR Brian Solomon** are on fire and have **increased their weekly GYN volume by 7 cases a week- 40 to 47 a week**!!
CSMs let forward everyone the impact on your teams the last 4 weeks.

Great work Kim and team on executing this initiative

Darla Hutton
Clinical Sales Director