**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**BRYAN ROSE, ex rel. and BRYAN ROSE, Individually,**

    Plaintiffs,

v.                                              Case No: 8:12-cv-1812-T-35EAJ

**INTUITIVE SURGICAL, INC.,**

    Defendant.
_____/

## ORDER DIRECTING ADMINISTRATIVE CLOSURE

**THIS CAUSE** comes before the Court on the Relator's Third Unopposed Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss. (Dkt. 34) In the motion, the Relator represents that the Parties have resolved virtually all remaining issues and additional time is needed in order to finalize the potential settlement and to confer with the United States and related states regarding the resolution of the claims. Therefore, it is hereby **ORDERED as follows**:

This case is **administratively closed** pending receipt of a final stipulation of dismissal within sixty (60) days from the date of this Order. If no stipulation is received, and no request for extension of time is filed, the Clerk of Court shall dismiss the case with prejudice with no further order. The Clerk is directed to terminate any pending motions in this case.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of April, 2014.

Copies furnished to:
Counsel of Record
Any pro se party

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE